IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ROCKWELL; BRIAN McELIECE; JASON ALEXANDER; MATTHEW VIGAR; COLIN VARRATO; SYLVESTER WILSON; JOHN NITKIEWICZ; JOSHUA NAEGER; GARY FANI; JAMES BURNS, JR.; JASON KARINCHAK; DALE TETIL; AARON METHENEY; CARL SCHROLL, III; CHRISTOPHER MEEKS; JEFFREY LUDWIG; DAVID LUDWIG; THOMAS HILEMAN; WILLIAM LOHR, JR.; TOBY FOSTER; ROBERT ELLSWORTH, JR.; PAUL RUPERT, JR.; CHRISTOPHER MURDOCK; JOSHUA DENNIS; DAVID MORRISON; NATHAN FISHER; JESSE MALLON, JR.; and ROBERT RODGERS on behalf of themselves and all others similarly situated, Plaintiffs, v. THE PEPSI BEVERAGES COMPANY, INC. Defendant. | Civil Action No. 12-403 <br><br> Magistrate Judge Cynthia R. Eddy <br><br> Electronically Filed |

## ORDER

AND NOW, upon review of the Parties' Joint Motion for Leave to File Settlement Agreement and Release of Claims Under Seal, it is hereby ORDERED that the Motion for Leave is GRANTED. Counsel for Plaintiffs are hereby directed to file the Settlement Agreement and Release of Claims under seal with the Clerk's Office.

Date: 11/27/12

*Cynthia Reed Eddy*
US Magistrate Judge